UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Reingold                              ,

                    Plaintiff(s),

        v.

California Physicians' Service        ,

                    Defendant(s).

Case No. 3:25-cv-03442-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

    I, Charles E. Schaffer      , an active member in good standing of the bar of

Pennsylvania                          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiff Lisa Reingold      in the

above-entitled action. My local co-counsel in this case is Ling Y. Kuang           , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 296873          .

510 Walnut St., Ste. 500, Phila., PA 19106

MY ADDRESS OF RECORD

711 Van Ness Avenue, Suite 500
San Francisco, CA 94102

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

215-592-1500

MY TELEPHONE # OF RECORD

415-568-2555

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cschaffer@lfsblaw.com

MY EMAIL ADDRESS OF RECORD

LKuang@audetlaw.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 76259 (PA)     .

    A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0       times in the 12 months

preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 4/24/2025                                    Charles E. Schaffer

5                                                       APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of Charles E. Schaffer          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: April 25, 2025

16

17   _____

18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Charles Schaffer, Esq.

**DATE OF ADMISSION**

*November 27, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  March 12, 2025**

Darian Holland
Chief Clerk